

**NUMBER 13-07-00678-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GERALD SANSING,**                                                    **Appellant,**

**v.**

**DEL MAR COLLEGE,**                                                    **Appellee**.

---

**On appeal from the 319th District Court of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Gerald Sansing, has filed an unopposed motion to dismiss his appeal of his claims against Del Mar College, and, pursuant to Texas Rule of Appellate Procedure 42.1(a), moves to dismiss Del Mar College from this suit, with each party to bear its own appellate costs and attorney's fees.

Texas Rule of Appellate Procedure 42.1 allows this Court to dismiss an appeal unless disposition would prevent a party from seeking relief to which it would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). In addition, Rule 42.1 expressly allows for a severance on appeal to dispose of a severable portion of the proceeding if a severance will not prejudice the remaining parties. *See id.* 42.1(b).

The Court, having considered the documents on file and appellant's unopposed motion to dismiss his appeal against Del Mar College, is of the opinion that the motion should be granted. *See id.* 42.1(a). Appellant's appeal against Carlos Garcia is ordered SEVERED and will be docketed in this Court under cause number 13-08-211-CV, and will proceed in due course.

Appellant's motion to dismiss his appeal against Del Mar College is hereby granted and his appeal is DISMISSED. Each party will bear its own appellate costs and attorney's fees. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of June, 2008.

2